| | |
|---|---|
| **From:** | Walter Wolf |
| **To:** | Bonnie Burst |
| **Cc:** | George Fagan |
| **Subject:** | Walter Wolf Permission to Withdraw as Counsel |
| **Date:** | Wednesday, February 5, 2025 3:29:41 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image006.png |
| | image005.png |
| | image001.png |
| | image004.png |

Yes, you have my consent. Thank you.

Walter F. Wolf, III
Counselor at law
700 Camp St
New Orleans, La. 70130
504-528-9500

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and is not an electronic signature.

On Wed, Feb 5, 2025 at 15:24 Bonnie Burst <bburst@leakeandersson.com> wrote:

> Good afternoon Walter,
>
> Please respond to this email with your consent to withdraw you as counsel from the following files:
>
> 1. *Prepared Food v. Epic Solutions*
>    USDC-WDLA Civil Action No. 3:22-cv-37
>
> 2. *Terrebonne Parish Comm District v. National Union*
>    USDC-EDLA Civil Action No. 2:23-cv-6953
>
> 3. *Khoobehi v. Baronne Development*
>    24th JDC Jefferson Parish Docket No. 733-258


EXHIBIT A

4. *La. DEQ v. Tidewater Landfill*

    USDC-EDLA Civil Action No. 2:23-cv-6183

5. *In Re: Tidewater Landfill LLC*

    USBK-EDLA Case No. 20-11646

6. *Smothered Covered v. Waffle House*

    USDC-EDLA Civil Action No. 2:22-cv-5132

7. *Keating v. Shelton*

    22nd JDC, St. Tammany Parish Docket No. 2017-13464

8. *Christopher Cyprian v. Capital One*

    USDC-MDLA Civil Action No. 3:24-cv-502

9. *Shantelle Johnson v. Experian*

    USDC-WDLA Civil Action No.6:24-cv-1172

10. *Taiujuan Burches v. Equifax*

    USDC-MDLA Civil Action No. 3:24-cv-847

11. *Quidethia Brown v. Trans Union*

    Baton Rouge City Small Claims Court 2024-01013

12. *Kayla Scioneaux v Trans Union*

    Baton Rouge City Small Claims Court 2024-01213

13. *Jerome Chaney v. Amerinational*

    USDC-MDLA Civil Action No. 3:24-cv-901

14. *Tammie J. Fontayne v. Experian*

    USDC-EDLA Civil Action No. 2:24-cv-2148


EXHIBIT A

We wish you all the best in your future endeavors.



**BONNIE BURST**
*Legal Assistant*

1100 Poydras Street, Suite 1700, New Orleans, LA 70163

504-585-7500    bburst@leakeandersson.com

504-585-7775    www.leakeandersson.com

Confidentiality Notice:  This email and any attachment(s) ("email") are subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, are confidential and are intended for receipt or review only by the individuals and/or entities to whom this email is addressed.  This email may also include information or documents whose disclosure and use may be protected by or subject to protections or privileges, such as the attorney-client privilege, the work product immunity or other applicable laws or regulations.  Delivery to someone other than the named or intended recipient(s) shall not be deemed to constitute a waiver or abandonment of any such privilege or protection by the Sender.  The review, distribution, storage, transmittal, disclosure or other use of any email by any unintended or unauthorized recipient is expressly prohibited.  If you are not the named addressee (or an agent thereof) or this email has been addressed to you in error, please immediately notify the Sender by reply email and permanently delete the email and any attachment.  Thank You. --
*NO TREES WERE KILLED IN THE SENDING OF THIS MESSAGE. HOWEVER, A LARGE NUMBER OF ELECTRONS WERE TERRIBLY INCONVENIENCED.*



EXHIBIT A